BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00376 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING |
| v. | |
| ERNESTO SALGADO-GUZMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Jim A. Trevino, attorney for the defendant, that the change of plea hearing previously set for January 27, 2014 before the Honorable Lawrence J. O'Neill be set for February 10, 2014 at 1:30 p.m. The reason for the request is because the defendant requires the assistance of the Mixteco interpreter, who was unavailable on January 27 through February 9, 2014.

///
///
///
///
///
///

U.S. v. Salgado-Guzman Stipulation           1

1 The parties further request the Court to enter an Order finding that the "ends of justice" served by a
2 continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay
3 occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. §
4 3161(h)(7)(A).

5     Dated: February 5, 2014                                  Respectfully submitted,

6                                                       BENJAMIN B. WAGNER
7                                                       United States Attorney

8
                                              By     /s/ Kimberly A. Sanchez
9                                                       KIMBERLY A. SANCHEZ
                                                      Assistant U.S. Attorney
10
    Dated: February 5, 2014                                /s/ Jim A. Trevino
11                                                       JIM A. TREVINO
                                                      Attorney for Defendant
12

13

14
IT IS SO ORDERED.
15
    Dated:  **February 5, 2014**            **/s/ Lawrence J. O'Neill**
16                                               UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

U.S. v. Salgado-Guzman Stipulation                       2